## SALLY ERDMAN JONES *v.* MICHAEL J. JONES
### (AC 20671)

Foti, Flynn and Daly, Js.

Argued January 16—officially released February 19, 2002

Per Curiam. The judgment is affirmed.

## MARY ANN MCKEON *v.* EUGENE ZUROLO
### (AC 21198)

Schaller, Bishop and Soughton, Js.

Argued January 16—officially released February 19, 2002

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* PABLO ANDRADES
### (AC 21855)

Foti, Schaller and Flynn, Js.

Argued January 17—officially released February 19, 2002

Per Curiam. The judgment is affirmed.